Patania LASKER, Respondent Pro Se,

v.

Clinton M. JOHNSON, Appellant.

No. WD 63604.

Missouri Court of Appeals,
Western District.

Jan. 11, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 1, 2005.

Application for Transfer Denied
April 26, 2005.

Patania Lasker, pro se.

Richard L. Colbert, Kansas City, MO,
for appellant.

Before HOWARD, P.J., ULRICH and
BRECKENRIDGE, JJ.

### Order

PER CURIAM.

This is an appeal from a judgment entered pursuant to this court's mandate in *Lasker v. Johnson*, 123 S.W.3d 283 (Mo. App. W.D.2003) (*"Lasker I"*). Appellant Clinton Johnson brings four points on appeal. We have reviewed the parties' briefs and the record on appeal. No error of law appears. A written opinion would serve no jurisprudential purpose. We have, however, prepared a memorandum for the use of the parties only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).